# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| Civil Action No.: 08-cv-00274-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: March 24, 2008 | Courtroom Deputy: Debra Brown |

| MARTIN ENGINEERING CO. | Daniel P. Albers |
|---|---|
| **Plaintiff(s),** | |
| v. | |
| CCC GROUP, INC., et al. | Peter John Korneffel, Jr. |
| **Defendant(s).** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** TELEPHONIC STATUS CONFERENCE

**Court in Session: 10:08 a.m.**

Court calls case. Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** The [13] Unopposed MOTION to Stay for for 30 Days by Defendant is **GRANTED.** A Telephonic Status Conference is set for April 28, 2008 at 8:30 a.m.

HEARING CONCLUDED.

**Court in recess: 10:13 a.m.**
Total time in court: 00:05