# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00274-EWN-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| Date: September 2, 2008 | **Courtroom Deputy:** Bernique Abiakam |

| | |
|---|---|
| MARTIN ENGINEERING COMPANY, | Mark A. Hagadorn |
| | Peter A. Gergely |
| **Plaintiff(s),** | |
| v. | |
| CCC GROUP, INC., et al., | Peter J. Korneffel, Jr. |
| | Kathryn R. Rothman |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING

**Court in Session:** 10:44 a.m.

Court calls case. Appearances of counsel.

10:45 a.m.    Argument by Mr. Hagedorn. Questions by the Court.

11:02 a.m.    Argument by Mr. Gergely. Questions by the Court.

11:08 a.m.    Argument by Mr. Korneffel, Jr. Questions by the Court.

Comments and Rulings by the Court.

**ORDERED:** Motion For Leave To File First Amended Complaint (Filed 6/30/08; Doc. No. 31) is GRANTED. The First Amended Complaint (*doc. 31-2*) is accepted for filing on this date.

HEARING CONCLUDED.
**Court in recess**: 11:14 a.m.                                                    Total time in court:    00:30