IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00274-RPM

MARTIN ENGINEERING COMPANY,

        Plaintiff,

v.

CCC GROUP, INC.,
ACS COLORADO, INC.,
JOHN S. FISCHER, and
L. ALAN WEAKLY,

        Defendants.
_____

ORDER DENYING MOTION TO RETRANSFER
_____

Upon reassignment of this civil action, the grounds supporting the motion of Plaintiff Martin Engineering Company to retransfer this civil action to the United States District Court for the Northern District of Illinois, Eastern Division, filed October 9, 2008, is denied.

        DATED: November 6th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge