IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00274-RPM

MARTIN ENGINEERING COMPANY,

        Plaintiff,

v.

CCC GROUP, INC.,
ACS COLORADO, INC.,
JOHN S. FISCHER, and
L. ALAN WEAKLY,

        Defendants.
_____

## ORDER VACATING ORDER OF REFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the order of reference to Magistrate Judge Craig B. Shaffer is vacated.

DATED: November 6th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge