IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-00274-RPM

MARTIN ENGINEERING COMPANY,

    Plaintiff,

v.

CCC GROUP, INC.,
ACS COLORADO, INC.,
JOHN S. FISCHER, and
L. ALAN WEAKLY,

    Defendants.

_____

**ORDER GRANTING JOINT MOTION
TO AMEND SCHEDULING ORDER**
_____

On November 6, 2008, the parties filed a Joint Motion to Amend Scheduling Order requesting an extension of time for certain discovery dates and conferences. The Court has reviewed the Joint Motion and finds that good cause has been shown to grant the Joint Motion.

IT IS THEREFORE ORDERED that the Scheduling Order in this case, dated May 28, 2008, is hereby amended as follows:

    a. The deadline for discovery cut-off is extended from January 15, 2008, to May 15, 2009.

    b. The deadline for dispositive motions is extended from January 22, 2009 to May 22, 2009.

    c. The deadline for rebuttal expert disclosures is extended from November 21, 2008 to January 5, 2009.

d. The deadline for serving written discovery requests is extended from December 11, 2008 to April 11, 2009.

DATED this 25th day of November 2008.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge