IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.: 08-cv-00274-RPM

MARTIN ENGINEERING COMPANY,

    Plaintiff,

v.

CCC GROUP, INC.,
ACS COLORADO, INC.,
JOHN S. FISCHER, and
L. ALAN WEAKLY,

    Defendants.

---

## ORDER FOR STAY

---

    Because the issues to be adjudicated in this action are related to issues adjudicated in CCC Group v. Martin Engineering Company, Civil Action No. 05-cv-00086, and an appeal of the judgment entered in that action is anticipated, all further proceedings in this action are stayed pending the outcome of any appeal from the final judgment entered on January 5, 2009, in Civil Action No. 05-cv-00086.

    Dated: January 5, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    Richard P. Matsch, Senior District Judge