**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    April 8, 2009
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

**Civil Action No.   05-cv-00086-RPM**

CCC GROUP, INC.,                                           Ted D. Lee
                                                           Michael J. Black
        Plaintiff,                                         Heather R. Hanneman
v.                                                         Peter J. Korneffel, Jr.

MARTIN ENGINEERING COMPANY,                                Mark A. Hagedorn
                                                           Peter A. Gergely
        Defendant.
and

**Civil Action No. 08-cv-00274-RPM**

MARTIN ENGINEERING COMPANY,

        Plaintiff,
v.

CCC GROUP, INC.,
ACS COLORADO, INC.,
JOHN S. FISCHER, and
L. ALAN WEAKLY,

        Defendants.
_____

### COURTROOM MINUTES
_____

**Status Conference and Hearing on Pending Motions**

**10:00 a.m.     Court in session.**

CCC Group, Inc.'s client representative Vito Cedro present.

Court's preliminary remarks.

**ORDERED:**    In 05-cv-00086-RPM Motion to Waive Appearance, filed April 6, 2009 [365], is granted.

**ORDERED:**    In 08-cv-00274-RPM Motion to Waive Appearance, filed April 6, 2009 [122], is granted.

05-cv-00086-RPM
08-cv-00274-RPM
April 8, 2009

Entry of appearances by counsel.

**ORDERED:** **Peter J. Korneffel, Jr., Kathryn R. Rothman, Ronald C. Gorsche, Jr., Ericka H. Englert and Tyler L. Sande Oral Motion to Withdraw is granted, they have no further representation responsibilities and electronic noticing is terminated in 05-cv-00086-RPM and 08-cv-00274-RPM.**

**ORDERED:** **In 05-cv-00086-RPM Defendant Martin Engineering Company's Motion to Vacate the Order for Stay, filed February 16, 2009 [355], is granted.**

**ORDERED:** **In 08-cv-00274-RPM Plaintiff Martin Engineering Company's Motion to Vacate the Order for Stay, filed February 25, 2009 [109], is denied.**

Statements by the Court regarding its view and concerns with the status of both cases.

10:10 a.m.    Statement by Mr. Hagedorn.
Mr. Hagedorn states Martin Engineering would like a hearing to present additional evidence (inequitable conduct).

10:15 a.m.    Statements by Mr. Lee.

10:26 a.m.    Further statements by Mr. Hagedorn and Mr. Lee.

**Counsel agree to proceed with the remaining infringement case issues and stay the antitrust case.**

**ORDERED:** **In 05-cv-00086-RPM Plaintiff CCC Group, Inc's Motion to Consolidate Cases and to Lift Stay in Related Case, filed March 9, 2009 [359], is denied with respect to consolidation and granted with respect to lifting stay.**

**ORDERED:** **In 08-cv-00274-RPM Defendant CCC Group, Inc. and L. Alan Weakly's Motion to Consolidate Cases and Lift Stay, filed March 10, 2009 [116], is denied.**

**ORDERED:** **Counsel will submit an agreed scheduling order in 05-cv-00086-RPM by April 17, 2009.**

**10:32 a.m. Court in recess.**

Hearing concluded.  Total time: 32 min.